# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 01-5312

September Term, 2001

99cv00145

Filed On: January 14, 2002 [650621]

In Re: Sealed Case

BEFORE:  Edwards, Sentelle, and Henderson, Circuit Judges

## O R D E R

Upon consideration of the motion to unseal and the response thereto; and the motion for an order striking entry of appearance for the United States as appellee, the response thereto, and the reply, it is

**ORDERED** that the motion to unseal be granted, and that this case be unsealed. It is

**FURTHER ORDERED** that the motion to strike be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the motion to strike rather than incorporate those arguments by reference.

### Per Curiam